𝔘𝔫𝔦𝔱𝔢𝔡 𝔖𝔱𝔞𝔱𝔢𝔰 𝔇𝔦𝔰𝔱𝔯𝔦𝔠𝔱 𝔆𝔬𝔲𝔯𝔱
𝔆𝔢𝔫𝔱𝔯𝔞𝔩 𝔇𝔦𝔰𝔱𝔯𝔦𝔠𝔱 𝔬𝔣 𝔆𝔞𝔩𝔦𝔣𝔬𝔯𝔫𝔦𝔞
𝔘𝔫𝔦𝔱𝔢𝔡 𝔖𝔱𝔞𝔱𝔢𝔰 𝔆𝔬𝔲𝔯𝔱𝔥𝔬𝔲𝔰𝔢
𝔏𝔬𝔰 𝔄𝔫𝔤𝔢𝔩𝔢𝔰, 𝔆𝔞𝔩𝔦𝔣𝔬𝔯𝔫𝔦𝔞 90012
(213) 894-5766

𝔆𝔥𝔞𝔪𝔟𝔢𝔯𝔰 𝔬𝔣
𝔆𝔢𝔬𝔯𝔤𝔢 𝔋. 𝔎𝔦𝔫𝔤
𝔘𝔫𝔦𝔱𝔢𝔡 𝔖𝔱𝔞𝔱𝔢𝔰 𝔇𝔦𝔰𝔱𝔯𝔦𝔠𝔱 𝔍𝔲𝔡𝔤𝔢

July 10, 2008



Mr. George D. Reynolds, Staff Counsel
Committee on Financial Disclosure
Administrative Office of the
    United States Courts
One Columbus Circle, N.E.
Washington, D.C.  20544

Dear Mr. Reynolds:

    This letter is to call attention to the items listed on my 2007 Financial Disclosure Form as entries for interests in Humana Corporation and HCA.  Because these were not previously listed on my prior disclosure forms nor acquired during the 2007 reporting year, I write to explain.

    In or about 1985, I was given ▮▮▮▮▮▮ of Humana on the occasion of the birth of ▮▮▮▮.  For whatever reason, probably due to the very small amount of stock, I forgot about it and eventually lost the certificates.  More recently, I realized the certificates were missing and have now taken steps to cause Humana to reissue the certificates.  In the interim, HCA split off from Humana some time ago and was supposedly obligated to issue shares of HCA to existing Humana shareholders on a share for share basis.  I was not aware of this at the time (or failed to take sufficient note of it).  Recently, the Controller of the State of California notified me that HCA had deposited some shares (without specifying the number of shares but which I presume to be ▮▮▮▮▮▮ to correspond to the number of Humana shares I have), in my name, with that office as unclaimed property.  In the meantime, HCA went private.  I have since taken steps to cause the Controller to return the shares of HCA to me so that I can then (if still timely) seek redemption of those shares from HCA.

    As a result of following up and researching what had happened during the interim two decades or more, I also realized that I should have listed Humana (and probably HCA to the extent that I am not now foreclosed from getting redemption of the shares once they are returned to me by the State Controller) on my

annual Financial Disclosure Forms.  Please deem this letter as an
amendment to all my prior disclosure forms.  Humana advised me
that it has not declared any dividends, and I have no recollection
of any dividends being paid by either Humana or HCA.  Moreover the
value code has not changed, and I have caused no reportable
transactions over the years.  Accordingly, these entries on my
current form would be the same for any prior forms to the best of
my knowledge.

I regret this oversight, and hope it does not unduly
inconvenience you and/or the staff.  Going forward, I will ensure
that I include these items to the extent that they continue to be
reportable on future forms. Thank you very much for your attention
to this matter.



AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>King, George H | 2. Court or Organization<br><br>United States District Court | 3. Date of Report<br><br>07/10/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Active - United States District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>Roybal Fed. Bldg., Suite 660<br>255 E. Temple Street<br>Los Angeles, CA 90012 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust # 1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, George H | 07/10/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | Hennigan, Bennett & Dorman, LLP |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. Page 4 of 15 - INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (No reportable income, assets, or transactions.)

| Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure* | A. Income during reporting period Amt. Code 1 (A-H) | A. Type(2) (e.g., div., rent or int.) | B. Gross value at end of reporting period Value Code2 (J-P) | B. Value Method Code3 (Q-W) | D. Transactions during reporting period Type(1) (e.g., buy, sell, redemption) | Date: Month-Day | Value Code2 (J-P) | Gain Code1 (A-H) | Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. In Trust #1 Financial Credit Union-FCU | A | Div/Int | K | T | | | | | |
| 2. (In Trust #1) Real Estate Prescott, AZ | D | Rent | N | S | | | | | |
| 3. Transamerica Life Ins. Co. Acct (X) | A | Int | J | T | | | | | |
| 4. Wells Fargo Money Mkt. | D | Int | L | T | | | | | |
| 5. Adventrx Pharmaceuticals Inc. (DC) | | None | J | T | Buy | 5-1 | J | | |
| 6. AGERE Systems, Inc. (Merger: See LSI) | | | | | | | | | |
| 7. Alcatel Lucent Spon. ADR | A | Div | | | Sold | 1-30 | J | B | |
| 8. Alcoa Inc. | A | Div | | | Buy | 10-18 10-19 10-26 | K J K | | |
| | | | | | Sold | 11-09 | L | A | |
| 9. Allianz NFJ Div. Val. Fund | B | Div | | | Sold | 09-20 | M | E | |
| 10. Altria Group, Inc. | A | Div | L | T | Buy | 05-03 11-09 11-28 | K J K | | |
| | | | | | Part Sold | 11-15 | K | A | |
| 11. American Capital Income Builder Fund CLC (previously listed as Capital Income Builder Fund C) | B | Div | | | Sold | 09-20 | L | D | |
| 12. American Eagle Outfitters | A | Div | | | Buy | 09-20 | K | | |
| | | | | | Sold | 11-02 | K | A | |
| 13. American International Group | A | Div | | | Sold | 04-17 | K | A | |
| 14. Arch Coal Inc. | | None | | | Buy | 09-20 10-26 | K K | | |
| | | | | | Sold | 11-09 | L | A | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001 - $100,000 | B=$1,001 - $2,500 G=$100,001 - $1,000,000 | C=$2,501 - $5,000 H1=$1,000,001 - $5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001 - $500,000 P3=$25,000,001 - $50,000,000 | K=$15,0001-$50,000 O=$500,001 - $1,000,000 | L=$50,001 - $100,000 P1=$1,000,001 - $5,000,000 P4=More than $50,000,000 | M=$100,001 - $250,000 P2=$5,000,001 - $25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| | | | Name of Person Reporting | | Date of Report | |
|---|---|---|---|---|---|---|
| | | | King, George H. | | 07/10/2008 | |

# VII. Page 5 of 15 - INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (No reportable income, assets, or transactions.)

| Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure* | A | | B Income during reporting period period | | C Gross value at end of reporting period period p | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Amt. Code 1 (A-H)(1) | Type(2) (e.g., div., rent or int.) | Value Code2 (J-P)(1) | Value Method Code3 (Q-W)(2) | Type (e.g., buy, sell, redemption)(1) | Date Month-Day(2) | Value Code2 (J-P)(3) | Gain Code1 (A-H)(4) | Identity of buyer/seller (if private transaction)(5) |
| 15. AT&T (previously listed as SBC Global Communications | | | A | Div | | | Sold | 04-17 | K | A | |
| 16. Baidu Com Inc. Spon. ADR Restg Ord. Shs Cl A | | | | None | | | Buy | 11-05 | K | | |
| | | | | | | | Sold | 11-09 | K | | |
| 17. Barclays BK PLC Ipath ETN LKD NT LKD | | | | None | | | Buy | 11-09 | K | | |
| | | | | | | | Sold | 11-13 | K | | |
| 18. BHP Billiton Ltd. | | | B | Div | | | Buy | 08-22 | K | | |
| | | | | | | | Sold | 08-22 10-12 | J L | C E | |
| 19. Biotech Holdrs Trust | | | C | Div | | | Sold | 10-30 | K | D | |
| 20. Boeing | | | A | Div | | | Sold | 11-07 | K | E | |
| 21. Burlington Northern Santa Fe Corp. | | | A | Div | | | Buy | 08-22 | J | | |
| | | | | | | | Sold | 10-30 | J | A | |
| 22. Candela Corp. | | | | None | | | Buy | 07-16 | J | | |
| | | | | | | | Sold | 11-07 | J | | |
| 23. Capital Income Builder Fund Class C (See prior listing for Am. Cap. Builder) | | | | | | | | | | | |
| 24. Celgene Corp. | | | | None | | | Buy | 11-19 | J | | |
| | | | | | | | Sold | 11-28 | J | A | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001 - $100,000 | B=$1,001 - $2,500 G=$100,001 - $1,000,000 | C=$2,501 - $5,000 H1=$1,000,001 - $5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001 - $500,000 P3=$25,000,001 - $50,000,000 | K=$15,0001-$50,000 O=$500,001 - $1,000,000 | L=$50,001 - $100,000 P1=$1,000,001 - $5,000,000 P4=More than $50,000,000 | M=$100,001 - $250,000 P2=$5,000,001 - $25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, George H. | 07/10/2008 |

# VII. Page 6 of 15 - INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (No reportable income, assets, or transactions.)

| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period p | | Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | Amt. Code 1 (A-H) (1) | Type (2) (e.g., div., rent or int.) | Value Code2 (J-P) (1) | Value Method Code3 (Q-W) (2) | Type (e.g., buy, sell, redemption) (1) | Date: Month-Day (2) | Value Code2 (J-P) (3) | Gain Code1 (A-H) (4) | Identity of buyer/seller (if private transaction) (5) |
| 25. Cisco Systems, Inc. | | None | | | Buy | 10-19 10-26 11-07 | J K K | | |
| | | | | | Sold | 10-16 11-02 11-09 | J K L | A A A | |
| 26. Citibank N.A. Bank Deposit (now in Fidelity Cash Reserves) | C | Int | | | Rolled over to Fidelity Cash Reserves | 3/07 | | | |
| 27. CitiGroup Inc. | | None | | | Buy | 11-19 11-30 | K J | | |
| | | | | | Sold | 12-03 | K | B | |
| 28. Colgate-Palmolive Co. | | None | | | Buy | 11-15 11-19 | J J | | |
| | | | | | Sold | 11-27 | K | A | |
| 29. Companhia Vale Do Rio Doce Spons ADR | | None | | | Buy | 10-29 11-02 | K J | | |
| | | | | | Sold | 11-09 | K | | |
| 30. Conocophilips | A | Div. | | | Buy | 10-01 | K | | |
| | | | | | Sold | 11-13 | K | | |
| 31. Currencyshares Austrailian Dlr TR Austrailian Dollars Shs | | None | L | T | Buy | 11-13 11-15 11-21 | L J K | | |
| | | | | | Part Sold | 11-28 | K | | |
| 32. Currencyshares Brit Pound Sterling TR Brit Pound Sterling Shs | | None | | | Buy | 11-15 11-21 | J K | | |
| | | | | | Sold | 11-28 | K | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001 - $100,000 | B=$1,001 - $2,500 G=$100,001 - $1,000,000 | C=$2,501 - $5,000 H1=$1,000,001 - $5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001 - $50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001 - $500,000 P3=$25,000,001 - $50,000,000 | K=$15,0001-$50,000 O=$500,001 - $1,000,000 | L=$50,001 - $100,000 P1=$1,000,001 - $5,000,000 P4=More than $50,000,000 | M=$100,001 - $250,000 P2=$5,000,001 - $25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 7 of 15 - INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (No reportable income, assets, or transactions.)

| Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | Income during reporting period period | | Gross value at end of reporting period period p | | Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Amt. Code 1 (A-H) (1) | Type (2) (e.g., div., rent or int.) | Value Code2 (J-P) (1) | Value Method Code3 (Q-W) (2) | Type (e.g., buy, sell, redemption) (1) | Date: Month-Day (2) | Value Code2 (J-P) (3) | Gain Code1 (A-H) (4) | Identity of buyer/seller (if private transaction) (5) |
| 33. Currencyshares Euro TR Euro Shs | | None | | | Buy | 11-08 | K | | |
| | | | | | | 11-15 | J | | |
| | | | | | | 11-21 | K | | |
| | | | | | Sold | 11-13 | K | | |
| | | | | | | 11-28 | K | A | |
| 34. Currencyshares Japanese Yen TR Japanese Yen Shs | | None | K | T | Buy | 11-10 | L | | |
| | | | | | | 11-07 | K | | |
| | | | | | | 11-08 | K | | |
| | | | | | | 11-09 | M | | |
| | | | | | | 11-15 | J | | |
| | | | | | | 11-21 | K | | |
| | | | | | | 11-28 | L | | |
| | | | | | Part Sold | 11-13 | M | C | |
| | | | | | | 12-06 | M | A | |
| 35. Currencyshares Swiss Franc TR Swiss Franc Shs | A | Div | K | T | Buy | 11-05 | K | | |
| | | | | | | 11-07 | L | | |
| | | | | | | 11-08 | K | | |
| | | | | | | 11-09 | M | | |
| | | | | | | 11-09 | L | | |
| | | | | | | 11-15 | J | | |
| | | | | | | 11-20 | K | | |
| | | | | | | 11-21 | K | | |
| | | | | | | 11-28 | L | | |
| | | | | | Part Sold | 11-13 | N | A | |
| | | | | | | 12-06 | M | A | |
| 36. Diageo Corp. | A | Div | | | Buy | 05-16 | K | | |
| | | | | | | 11-15 | J | | |
| | | | | | Sold | 10-30 | K | B | |
| | | | | | | 11-28 | J | A | |
| 37. Eaton Vance Corp. | | None | | | Buy | 08-01 | J | | |
| | | | | | | 08-23 | K | | |
| | | | | | Sold | 10-19 | K | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001 - $100,000 | B=$1,001 - $2,500 G=$100,001 - $1,000,000 | C=$2,501 - $5,000 H1=$1,000,001 - $5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001 - $50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001 - $500,000 P3=$25,000,001 - $50,000,000 | K=$15,0001-$50,000 O=$500,001 - $1,000,000 | L=$50,001 - $100,000 P1=$1,000,001 - $5,000,000 P4=More than $50,000,000 | M=$100,001 - $250,000 P2=$5,000,001 - $25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# VII. Page 8 of 15 - INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (No reportable income, assets, or transactions.)

| Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | Income during reporting period | | Gross value at end of reporting period p | | Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Amt.<br>Code 1<br>(A-H)<br>(1) | Type<br>(e.g., div.,<br>rent or<br>int.)<br>(2) | Value<br>Code2<br>(J-P)<br>(1) | Value<br>Method<br>Code3<br>(Q-W)<br>(2) | Type (e.g.,<br>buy, sell,<br>redemption)<br>(1) | Date:<br>Month-<br>Day<br>(2) | Value<br>Code2<br>(J-P)<br>(3) | Gain<br>Code1<br>(A-H)<br>(4) | Identity of buyer/seller<br>(if private transaction)<br>(5) |
| 38. EMC Corp Mass | | None | | | Buy | 11-02<br>11-05 | K<br>J | | |
| | | | | | Sold | 11-07 | K | | |
| 39. Fastenal Co. | | None | | | Buy | 08-23<br>09-07 | K<br>J | | |
| | | | | | Sold | 10-19 | K | A | |
| 40. Fidelity Cash Reserves | D | Div | N | T | rolled over from Citibank | 3/07 | | | |
| 41. Ford Motor Co. | | None | | | Sold | 11-21 | J | | |
| 42. France Telecom SA | A | Div | | | Buy | 05-16 | J | | |
| | | | | | Sold | 07-06 | J | A | |
| 43. Franklin Sm. Cap. Growth Fund | | None | | | Sold | 04-10 | L | E | |
| 44. Freeport McMoran Copper & Gold Inc. | | None | | | Buy | 10-29 | K | | |
| | | | | | Sold | 11-12 | K | | |
| 45. GAFISA SA Sponsored ADR REPSTG | | None | | | Buy | 09-25<br>11-05 | K<br>K | | |
| | | | | | Sold | 11-08 | K | B | |
| 46. General Electric | A | Div | | | Sold | 11-05 | K | A | |
| 47. General Mills | A | Div | | | Buy | 09-25 | K | | |
| | | | | | Sold | 10-29 | K | | |

| 1 | Income Gain Codes:<br>(See Col. B1, D4) | A=$1,000 or less<br>F=$50,001 - $100,000 | B=$1,001 - $2,500<br>G=$100,001 - $1,000,000 | C=$2,501 - $5,000<br>H1=$1,000,001 - $5,000,000 | D=$5,001-$15,000<br>H2=More than $5,000,000 | E=$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes:<br>(See Col. C1, D3) | J=$15,000 or less<br>N=$250,001 - $500,000<br>P3=$25,000,001 - $50,000,000 | K=$15,0001-$50,000<br>O=$500,001 - $1,000,000 | L=$50,001 - $100,000<br>P1=$1,000,001 - $5,000,000<br>P4=More than $50,000,000 | M=$100,001 - $250,000<br>P2=$5,000,001 - $25,000,000 | |
| 3 | Value Method Codes:<br>(See Col. C2) | Q=Appraisal<br>U=Book value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | King, George H. | 07/10/2008 |

# VII. Page 9 of 15 - INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (No reportable income, assets, or transactions.)

| Description of Assets (including trust assets) | Income during reporting period period | | Gross value at end of reporting period p | | Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| *Place "(X)" after each asset exempt from prior disclosure* | Amt. Code 1 (1) (A-H) | Type (2) (e.g., div., rent or int.) | Value Code2 (1) (J-P) | Value Method Code3 (2) (Q-W) | Type (e.g., buy, sell, redemption) (1) | Date: Month-Day (2) | Value Code2 (3) (J-P) | Gain Code1 (4) (A-H) | Identity of buyer/seller (if private transaction) (5) |
| 48. Glaxosmithkline Plc. | A | Div | | | Buy | 05-23 | J | | |
| | | | | | Sold | 10-19 | J | A | |
| 49. HCA | | None | J | T | | | | | |
| 50. Humana | | None | J | T | | | | | |
| 51. IndyMac Bancorp Inc. | | None | | | Buy | 10-29 10-31 | K K | | |
| | | | | | Sold | 11-05 | K | | |
| 52. Ionatron Inc. (Became Applied Energetics) | | None | J | T | Buy | 05-01 | J | | |
| 53. Ishares Compex Gold Trust Ishares ETF | | None | K | T | Buy | 12-12 12-14 | K K | | |
| 54. Ishares Inc. MSCI Japan Index FD | | None | | | Buy | 12-06 | K | | |
| | | | | | Sold | 12-12 | K | | |
| 55. Ishares Silver TR Ishares | | None | K | T | Buy | 12-12 | K | | |
| 56. Ishares TR Dow Jones US Total MKT Index FD | | None | L | T | Buy | 12-28 | L | | |
| 57. JetBlue Awys Corp. | | None | J | T | Buy | 12-20 | J | | |
| 58. KHD Humboldt Wedag Intl LTD Com | | None | | | Buy | 11-05 11-12 | K K | | |
| | | | | | Sold | 11-12 | L | | |
| 59. Legg Mason Opportunity Trust | A | Div | | | Sold | 09-24 | L | D | |
| 60. LSI Logic Corp. (Merger w/AGERE Systems) | | None | | | Sold | 10-30 | J | A | |
| 61. Lucent Technologies (See: Alcatel-Lucent ADR) | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001 - $100,000 | B=$1,001 - $2,500 G=$100,001 - $1,000,000 | C=$2,501 - $5,000 H1=$1,000,001 - $5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001 - $500,000 P3=$25,000,001 - $50,000,000 | K=$15,0001-$50,000 O=$500,001 - $1,000,000 | L=$50,001 - $100,000 P1=$1,000,001 - $5,000,000 P4=More than $50,000,000 | M=$100,001 - $250,000 P2=$5,000,001 - $25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# VII. Page 10 of 15 - INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (No reportable income, assets, or transactions.)

| Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | A (1) Amt. Code 1 (A-H) | B (2) Type (e.g., div., rent or int.) | C (1) Value Code2 (J-P) | C (2) Value Method Code3 (Q-W) | D Type (e.g., buy, sell, redemption) | D (2) Date: Month-Day | D (3) Value Code2 (J-P) | D (4) Gain Code1 (A-H) | D (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 62. Mack Cali Realty Corp. | A | Div | | | Buy | 05-16 08-22 | K J | | |
| | | | | | Sold | 11-02 | K | | |
| 63. Market Vectors ETF TR Nuclear Energy ETF | A | Div | K | T | Buy | 12-20 | K | | |
| 64. Microsoft Corp. | A | Div | | | Sold | 04-18 | J | B | |
| 65. Nanophase Tech Corp. | | None | | | Buy | 09-25 | J | | |
| | | | | | Sold | 11-15 | J | | |
| 66. National Oil Well Varco Inc. | | None | | | Buy | 09-25 10-24 10-26 | K K K | | |
| | | | | | Sold | 11-09 | L | A | |
| 67. New Oriental Ed & Technology Group Inc. | | None | | | Buy | 09-24 10-01 | K J | | |
| | | | | | Sold | 10-15 10-30 | J J | B D | |
| 68. Northrop Grumman Corp. Holding Co. | A | Div | | | Buy | 11-19 11-28 | J K | | |
| | | | | | Sold | 12-26 | K | A | |
| 69. Palomar Medical Tech New | | None | | | Buy | 07-16 | J | | |
| | | | | | Sold | 11-07 | J | A | |
| 70. Pepsi Bottling Group Inc. | | None | | | Buy | 11-19 | J | | |
| | | | | | Sold | 11-30 | J | A | |
| 71. Petrochina Co. LTD. Spon ADR | A | Div | | | Buy | 04-18 10-08 | K K | | |
| | | | | | Sold | 10-04 10-12 | K L | D E | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001 - $100,000 | B=$1,001 - $2,500 G=$100,001 - $1,000,000 | C=$2,501 - $5,000 H1=$1,000,001 - $5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001 - $500,000 P3=$25,000,001 - $50,000,000 | K=$15,0001-$50,000 O=$500,001 - $1,000,000 | L=$50,001 - $100,000 P1=$1,000,001 - $5,000,000 P4=More than $50,000,000 | M=$100,001 - $250,000 P2=$5,000,001 - $25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# VII. Page 11 of 15 - INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (No reportable income, assets, or transactions.)

| Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | Income during reporting period | | Gross value at end of reporting period p | | Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Amt. Code 1 (A-H) (1) | Type (2) (e.g., div., rent or int.) | Value Code2 (J-P) (1) | Value Method Code3 (Q-W) (2) | Type (1) (e.g., buy, sell, redemption) | Date: Month-Day (2) | Value Code2 (J-P) (3) | Gain Code1 (A-H) (4) | Identity of buyer/seller (if private transaction) (5) |
| 72. Pfizer Inc | A | Div | | | Sold | 05-23 | J | A | |
| | | | | | | 10-19 | J | A | |
| 73. Pimco Money Market Class C (High Yield Fund | A | Div | | | Sold | 10-12 | J | A | |
| 74. Powershares DB Multi Sector Commodity TR Power Shares DB Agric FD Com Unit | | None | M | T | Buy | 11-28 | K | | |
| | | | | | | 11-29 | K | | |
| | | | | | | 12-12 | K | | |
| 75. Powershares DB US Dlr Index TR Powershares DB US$ Index Bullish FD Com Unit | | None | L | T | Buy | 12-17 | K | | |
| | | | | | | 12-19 | K | | |
| 76. Procter & Gamble Co. | | None | L | T | Buy | 10-18 | K | | |
| | | | | | | 10-19 | K | | |
| | | | | | | 10-30 | J | | |
| | | | | | | 11-09 | K | | |
| | | | | | | 11-28 | K | | |
| | | | | | Part Sold | 11-13 | K | A | |
| | | | | | | 11-15 | K | | |
| 77. Progen Pharmaceuticals Limited Ordinary Shares IAIN (DC) | | None | J | T | Buy | 05-01 | J | | |
| 78. Proshares TR Ultra Short 30 FD | A | Div | | | Buy | 12-13 | K | | |
| | | | | | Sold | 12-26 | K | | |
| 79. Proshares TR Ultra Short 500 FD | | None | | | Buy | 12-20 | K | | |
| | | | | | Sold | 12-26 | K | | |
| 80. Proshares TR Ultra Short Finls | A | Div | | | Buy | 11-09 | K | | |
| | | | | | | 12-04 | L | | |
| | | | | | | 12-12 | K | | |
| | | | | | Sold | 11-12 | J | A | |
| | | | | | | 11-13 | K | A | |
| | | | | | | 12-06 | M | A | |
| | | | | | | 12-26 | K | A | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001 - $100,000 | B=$1,001 - $2,500 G=$100,001 - $1,000,000 | C=$2,501 - $5,000 H1=$1,000,001 - $5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001 - $500,000 P3=$25,000,001 - $50,000,000 | K=$15,0001-$50,000 O=$500,001 - $1,000,000 | L=$50,001 - $100,000 P1=$1,000,001 - $5,000,000 P4=More than $50,000,000 | M=$100,001 - $250,000 P2=$5,000,001 - $25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# VII. Page 12 of 15 - INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | Income during reporting period | | Gross value at end of reporting period p | | Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Amt. Code 1 (A-H) | Type (e.g., div., rent or int.) | Value Code2 (J-P) | Value Method Code3 (Q-W) | Type (e.g., buy, sell, redemption) | Date: Month-Day | Value Code2 (J-P) | Gain Code1 (A-H) | Identity of buyer/seller (if private transaction) |
| 81. Proshares TR Ultra Short Real Estate Proshares | | None | | | Buy | 12-03<br>12-12 | K<br>K | | |
| | | | | | Sold | 12-03<br>12-26 | K<br>K | <br>A | |
| 82. PT Telekomunikasi Indonesia ADR | A | Div | | | Buy | 07-02<br>08-15<br>08-22<br>10-24<br>10-29<br>10-30 | K<br>J<br>J<br>K<br>K<br>J | | |
| | | | | | Sold | 10-12<br>11-09<br>11-15 | K<br>K<br>K | D<br>A<br>A | |
| 83. Research in Motion LTD | | None | | | Buy | 10-01 | K | | |
| | | | | | Sold | 10-12 | K | C | |
| 84. SBC Comm. Inc. (See: AT&T) | | | | | | | | | |
| 85. SB Money FDS (Retire Port. #1) | | | | | Rolled into Fidelity Cash Reserves | 09-09 | | | |
| 86. SB Money FDS (Retire Port CLA #2) | | | | | Rolled into Fidelity Cash Reserves | 3/07 | | | |
| 87. Sector SPDR TR Shs Ben Int Utilities | | None | K | T | Buy | 12-03<br>12-04 | K<br>J | | |
| 88. Seligman Capital Fund | | None | | | Sold | 04-10 | L | E | |
| 89. Sotheby's Hldgs Inc. Delaware | A | Div | | | Buy | 07-27 | J | | |
| | | | | | Sold | 10-12 | J | C | |
| 90. SPDR 500 Depository (formerly listed as UTS SPDR Trust Ser. 1) | A | Div | | | Sold | 05-03 | J | D | |

1  Income/Gain Codes:   A=$1,000 or less        B=$1,001 - $2,500        C=$2,501 - $5,000        D=$5,001-$15,000        E=$15,001 - $50,000
   (See Col. B1, D4)    F=$50,001 - $100,000    G=$100,001 - $1,000,000  H1=$1,000,001 - $5,000,000  H2=More than $5,000,000

2  Value Codes:         J=$15,000 or less       K=$15,001-$50,000        L=$50,001 - $100,000     M=$100,001 - $250,000
   (See Col. C1, D3)    N=$250,001 - $500,000   O=$500,001 - $1,000,000  P1=$1,000,001 - $5,000,000  P2=$5,000,001 - $25,000,000
                        P3=$25,000,001 - $50,000,000                     P4=More than $50,000,000

3  Value Method Codes:  Q=Appraisal             R=Cost (real estate only)  S=Assessment           T=Cash/Market
   (See Col. C2)        U=Book value            V=Other                    W=Estimated

# VII. Page 13 of 15 - INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (No reportable income, assets, or transactions.)

| Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure* | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Amt. Code 1 (A-H) (1) | Type (2) (e.g., div., rent or int.) | Value Code2 (J-P) (1) | Value Method Code3 (Q-W) (2) | Type (e.g., buy, sell, redemption) (1) | Date: Month-Day (2) | Value Code2 (J-P) (3) | Gain Code1 (A-H) (4) | Identity of buyer/seller (if private transaction) (5) |
| 91. Suntech PWR Holdings Co. LTD ADR | | None | | | Buy | 06-18 07-05 08-22 | J J J | | |
| | | | | | Sold | 10-12 | K | C | |
| 92. Swedish Expt CR Corp Elments LKD To Rogers Intl. Commodity index Agriculture Total Return | | None | L | T | Buy | 12-19 12-20 12-27 | J K L | | |
| 93. Telik Inc. | | None | J | T | Buy | 05-01 | J | | |
| 94. Tesoro Corp Com | A | Div | K | T | Buy | 11-21 | K | | |
| 95. Thompson Creek Metals Co. Inc. Com. | | None | | | Buy | 12-12 12-13 | J J | | |
| | | | | | Sold | 12-13 12-26 | J J | A A | |
| 96. Titanium Metals Corp com New | | None | | | Buy | 09-24 10-01 | J J | | |
| | | | | | Sold | 11-07 | K | | |
| 97. Unilever N V | | None | | | Buy | 11-21 | J | | |
| | | | | | Sold | 11-27 | J | A | |
| 98. United Sts Nat Gas FD LP Unit | | None | L | T | Buy | 12-12 12-13 12-04 12-19 | K K J J | | |
| | | | | | Part Sold | 12-31 | K | A | |
| 99. Veolia Environment Spon ADR | A | Div | | | Buy | 06-19 07-05 07-26 | K J J | | |
| | | | | | Sold | 10-12 | K | C | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001 - $100,000 | B=$1,001 - $2,500 G=$100,001 - $1,000,000 | C=$2,501 - $5,000 H1=$1,000,001 - $5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001 - $500,000 P3=$25,000,001 - $50,000,000 | K=$15,0001-$50,000 O=$500,001 - $1,000,000 | L=$50,001 - $100,000 P1=$1,000,001 - $5,000,000 P4=More than $50,000,000 | M=$100,001 - $250,000 P2=$5,000,001 - $25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# VII. Page 14 of 15 - INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (No reportable income, assets, or transactions.)

| Description of Assets (including trust assets) | Income during reporting period period | | Gross value at end of reporting period period p | | Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | Amt. Code 1 (A-H) (1) | Type (2) (e.g., div., rent or int.) | Value Code2 (J-P) (1) | Value Method Code3 (Q-W) (2) | Type (e.g., buy, sell, redemption) (1) | Date; Month-Day (2) | Value Code2 (J-P) (3) | Gain Code1 (A-H) (4) | Identity of buyer/seller (if private transaction) (5) |
| 100. VM WARE Inc. Cl A Com | | None | | | Buy | 09-25 11-02 | J K | | |
| | | | | | Sold | 10-12 11-08 | K K | C | |
| 101. WACHOVIA CORP. | D | Div | | | Sold | 04-30 11-12 11-13 11-16 | L M J M | E E D E | |
| 102. Walmart | A | Div | | | Sold | 04-17 | K | B | |
| 103. WELLS FARGO CD x 10 | A(ea) | Int | | | Matured | 02-28 | J(ea) | A(ea) | |
| 104. WELLS FARGO CD x 2 | B(ea) | Int | | | Matured | 8/07 | K(ea) | B(ea) | |
| 105. Yum Brands, Inc. | A | Div | | | Sold | 10-15 | K | A | |
| 106. Yamana Gold Inc. | | None | K | T | Buy | 12-03 | K | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001 - $100,000 | B=$1,001 - $2,500 G=$100,001 - $1,000,000 | C=$2,501 - $5,000 H1=$1,000,001 - $5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001 - $500,000 P3=$25,000,001 - $50,000,000 | K=$15,0001-$50,000 O=$500,001 - $1,000,000 | L=$50,001 - $100,000 P1=$1,000,001 - $5,000,000 P4=More than $50,000,000 | M=$100,001 - $250,000 P2=$5,000,001 - $25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signatur

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSI█████████████████████████BJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544